UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(AT DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| | ) | Case No.  3:14-cv-00032WHR |
| vs. | ) | Judge Walter H. Rice |
| | ) | |
| 3M COMPANY, *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| | ) | |

NOTICE OF LODGING OF
REMEDIAL DESIGN/REMEDIAL ACTION (RD/RA)
AND DE MINIMIS CONSENT DECREE

The Plaintiff, the United States of America, hereby lodges with the Court, a proposed consent decree between the United States of America and the Defendants in this Civil Action which resolves certain claims of the United States as set forth in the decree.  The proposed decree also resolves potential counterclaims against the United States on behalf of the Departments of the Army and Air Force.

In accordance with 28 C.F.R. § 50.7, notice of lodging and an opportunity for public comment will be published in the *Federal Register*.  Thereafter, the United States will accept public comments on the proposed consent decree for 30 days.  After conclusion of this comment period, the United States will determine whether the consent decree is fair, reasonable, and in the public interest, in light of any comments timely received.  If so, the United States will move the

Court for entry of the consent decree.  **No action is requested of the Court unless and until the United States files a motion for entry or otherwise requests action by the Court.**

        Respectfully submitted,

        ROBERT G. DREHER
        Acting Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice


        ___/s/_____
        STEVEN D. ELLIS
        Senior Counsel
        Environmental Enforcement Section
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C.  20044
        (202) 514-3163
        steven.ellis@usdoj.gov


        CARTER M. STEWART
        United States Attorney
        Southern District of Ohio

        MARGARET SCHUTTE
        Bar No. 0078968
        Assistant United States Attorney
        Southern District of Ohio
        200 West Second Street
        Dayton, Ohio 45402
        (937) 225-2910
        margaret.schutte@usdoj.gov

OF COUNSEL:

MARIA GONZALEZ
Associate Regional Counsel
U.S. Environmental Protection Agency - Region 5
77 W. Jackson Blvd. (C-14J)
Chicago, Illinois  60604